IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIF COPELAND,<br><br>   *Petitioner*,<br><br>   v.<br><br>BERNEDETTE MASON *et al.*,<br><br>   *Respondents*. | Civil Action<br><br>No. 20-cv-2926 |

## ORDER

**AND NOW**, this 10th day of October, 2023, upon consideration of Petitioner's amended petition for a writ of habeas corpus (ECF No. 12), Petitioner's supplemental petition (ECF No. 23), and the response thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The petition and supplemental petition are **DENIED**. There is no basis to issue a certificate of appealability.

2. The Clerk of Court shall close this case.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**